Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Phone: (208) 384-8588
Fax: (208) 853-0117
Email:  mtc@angstman.com
        chad@angstman.com

*Attorney for Trustee*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 17-01678-TLM |
| FREDERICK MICHAEL AREHART and PAULA JEAN AREHART | Chapter 7 |
| Debtors. | |

## MOTION TO CERTIFY QUESTION OF LAW TO THE IDAHO SUPREME COURT

The Trustee, by and through his counsel of record, ANGSTMAN JOHNSON, requests this Court certify the following controlling questions of law to the Idaho Supreme Court, pursuant to Idaho Appellate Rule 12.3:

1. Are funds contained in an individual retirement account inherited by a debtor from a non-spouse decedent subject to exemption under Idaho Code § 11-604A?

2. Is there a bad faith exception to an exemption claim under Idaho Code § 11-604A?

**MOTION TO CERTIFY QUESTION OF LAW TO THE IDAHO SUPREME COURT-- 1**

The Trustee requests this Court certify these questions of law to the Idaho Supreme Court *prior to* a hearing on the pending Objection to Exemption as there is no controlling precedent in the decisions of the Idaho Supreme Court, and an immediate determination of the Idaho law with regard to the certified question would materially advance the resolution of the Objection to Exemption, while providing important guidance to this Court from the Idaho Supreme Court's interpretation of the relevant statute.

This motion is supported by the Memorandum in Support of the Motion to Certify Questions of the of Law to the Idaho Supreme Court filed contemporaneously herewith.

DATED this 10th day of May, 2018.

_/s/  Matt Christensen_
MATTHEW T. CHRISTENSEN
Attorney for Trustee

**MOTION TO CERTIFY QUESTION OF LAW TO THE IDAHO SUPREME COURT-- 2**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of May, 2018, I filed the foregoing MOTION TO CERTIFY QUESTION OF LAW TO THE IDAHO SUPREME COURT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Jeffrey P. Kaufman | jeffrey@dbclarklaw.com |
| Noah G. Hillen | ngh@hillenlaw.com |

Any others as listed on the Court's ECF Notice.


I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via US Mail, postage prepaid:

Mike and Paula Arehart
149 Quail Run Place
Boise, ID 83709


/s/ Matt Christensen
Matthew T. Christensen


**MOTION TO CERTIFY QUESTION OF LAW TO THE IDAHO SUPREME COURT-- 3**